```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION
```

IN RE:  SHERRY LYNN CALDWELL,      {   CHAPTER 13
                                   {
                                   {
         DEBTOR(S)                 {   CASE NO. R21-40096-BEM
                                   {
                                   {   JUDGE ELLIS-MONRO


### OBJECTION TO CONFIRMATION

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor has failed to file the Local Chapter 13 Form Plan in violation of General Order 41-2020.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              K. Edward Safir, Attorney
                              for Chapter 13 Trustee
                              GA Bar No. 622149
```

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

R21-40096-BEM

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

SHERRY LYNN CALDWELL
2476 QUARLES ROAD
ROCKY FACE, GA 30740-9084

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 8th day of February, 2021

        /s/
K. Edward Safir, Attorney
For Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com